**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**JASON & CASSANDRA THOMAS** **PLAINTIFFS**

**v.** **CIVIL ACTION NO. 4:25-CV-159-JDM-DAS**

**COMMUNICATION WORKS OF AMERICA**
**LOCAL 3510** **DEFENDANT**

**ORDER REGARDING PLAINTIFFS' DEPOSITIONS**

There has been an ongoing dispute in this case regarding the plaintiffs' depositions. After a telephonic conference with the parties, the court ordered the plaintiffs to appear in-person for their depositions. Doc. 90. The plaintiffs then appealed that decision to the district judge [Doc. 95] and simultaneously filed an "urgent and necessitous" motion to stay their depositions scheduled for September 23 and 24, 2026. Doc. 96. The district judge affirmed the court's decision requiring in-person attendance [Doc. 100], and on the same day, the undersigned noticed a telephonic conference for September 21, 2026, to address the plaintiffs' "urgent and necessitous" request to postpone their depositions. Doc. 99.

Prior to the telephonic conference, the plaintiffs notified the court via email they would not be able to participate "due to an immediate family medical emergency" – presumably the same event referenced in the motion to stay – and reiterated their unavailability for the depositions scheduled this week. Accordingly, the court will grant the plaintiffs' motion but only regarding their request to stay and reschedule their depositions. All other requests for relief sought therein are denied.

To allow sufficient time to complete the plaintiffs' depositions, the parties' discovery deadline is extended to November 6, 2026, and the motion deadline is extended to December 4, 2026. The plaintiffs are ordered to appear for an in-person deposition by October 23, 2026. The court further orders William Oliver Pickle's deposition, currently scheduled for September 25, 2026, is continued

to a date after the plaintiffs' depositions are concluded.

**SO ORDERED**, this the 21st day of September, 2026.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE